JWS/MAG/USAO#2018R00571
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 SEP 18 PM 4: 29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

BY \_\_\_\_K\_\_\_ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal no. GLR-18-0484 |
| MICHAEL DUNAWAY, | * | (Interstate Transmission of Threats to Injure, 18 U.S.C. § 875(c)) |
| Defendant. | * | |

...oOo...

## INDICTMENT

### COUNT ONE

(Interstate Transmission of Threats to Injure)

The Grand Jury for the District of Maryland further charges:

From in or about April 2018, through August 2018, in the District of Maryland, the defendant,

**MICHAEL DUNAWAY,**

knowingly and willfully did transmit in interstate commerce from Virginia to Maryland telephone communications to employees of Big Huge Games, a Maryland corporation, which telephone communications contained threats to injure the person of another, that is that the defendant threatened to injure and kill employees of Big Huge Games.

18 U.S.C. § 875(c)

_Robert K. Hur_ /jws
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

9/18/18
DATE

SIGNATURE REDACTED

2